# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Dated: February 14, 2018

| | |
|---|---|
| M.G., a minor, by and through her parent and next friend STACY TURPIN, et al., ) ) ) Plaintiffs, ) ) v. ) ) INDEPENDENT SCHOOL DISTRICT ) NO. 1 OF NOBLE COUNTY, OKLAHOMA ) a/k/a THE PERRY SCHOOL DISTRICT, ) ) Defendants. ) | Case No. CIV-17-1371-SLP |

**ENTER ORDER**:

      Plaintiffs filed a Second Amended Complaint [Doc. No. 16] on February 14, 2018. In light of this filing, the Motion to Dismiss [Doc. No. 13] is DENIED AS MOOT.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE SCOTT L. PALK**.

      **Carmelita Reeder Shinn, Clerk of Court**
      **Western District of Oklahoma**

      By:   *s/Marcia J. Davis*
              Deputy Clerk

Copies to all parties