IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| M.G., a minor, by and through her parent and next friend, STACY TURPIN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INDEPENDENT SCHOOL DISTRICT )<br>NO. 1 OF NOBLE COUNTY, )<br>STATE OF OKLAHOMA, )<br>a/k/a PERRY SCHOOL DISTRICT, )<br>)<br>Defendant. ) | Case No. CIV-17-1371-SLP |

**O R D E R**

Before the Court is Defendant's Motion to Compel Discovery [Doc. No. 49]. It is at issue. *See* Resp., Doc. No. 53.

In light of Plaintiffs' acceptance of Defendant's Rule 68 offer to confess judgment (*see* Doc. No. 54), the Court DENIES Defendant's Motion to Compel Discovery [Doc. No. 49] as MOOT.

IT IS SO ORDERED this 14th day of May, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE