IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| M.G., a minor, by and through her parent and next friend, STACY TURPIN, et al., ) ) ) Plaintiffs, ) ) v. ) ) INDEPENDENT SCHOOL DISTRICT ) NO. 1 OF NOBLE COUNTY, ) STATE OF OKLAHOMA, ) a/k/a PERRY SCHOOL DISTRICT, ) ) Defendant. ) | Case No. CIV-17-1371-SLP |

## J U D G M E N T

In accordance with the Order entered this same date, judgment is entered in favor of Plaintiffs as follows:

(1)   Judgment is entered in favor of Plaintiffs against Defendant for damages in the sum of three million five hundred thousand dollars ($3,500,000.00), which shall be paid in accordance with the procedures set forth in Okla. Stat. tit. 62, §§ 361-365.6.

(2)   Post-judgment interest shall accrue on the unpaid balance of the judgment at the statutory rate provided by Okla. Stat. tit. 12, § 727.1(1).

(3)   Plaintiffs recover from Defendant the amount of $3,500,000 to be paid as follows:

(a)   $683,427.34 to be paid from Defendant's liability insurance carrier within seven days from the issuance of this Order (part a).

      (b)    $2,816,572.66 to be paid out of Defendant's sinking fund over a period of three years as provided by Oklahoma law (part b).

    (4)    Plaintiffs have contracted to assign part (b) of this judgment in exchange for immediate payment of $2,816,572.66. Plaintiffs will receive the benefit of an immediate payment with no risk of future inability to recover. Assignee will benefit from the recovery of post-judgment interest. Plaintiffs are permitted to assign this judgment pursuant to the terms in the Contract for Sale of Judgment filed with the Court under seal. *See* Doc. No. 56-4.

    (5)    Counsel for Plaintiffs shall receive the immediate payment of $3.5 million (the $683,427.34 from the part (a) payment above and the $2,816,572.66 payment from the sale of the Judgment to Republic Bank & Trust as indicated in the part (b) payment above), shall distribute the $1.4 million attorneys' fees, and shall deposit the balance of $2.1 million into separate accounts as follows:

| | | | |
|---|---|---|---|
| (a) | M.G., a minor | | $150,000.00 |
| (b) | K.B., a minor | | $150,000.00 |
| (c) | H.B., a minor | | $150,000.00 |
| (d) | S.R., a minor | | $150,000.00 |
| (e) | C.G., a minor | | $150,000.00 |
| (f) | B.H., a minor | | $150,000.00 |
| (g) | D.H., a minor | | $150,000.00 |
| (h) | A.H., a minor | | $150,000.00 |
| (i) | M.T., a minor | | $150,000.00 |

  (j)  K.H., a minor ....................................................................$150,000.00

  (k)  E.S., a minor ....................................................................$150,000.00

  (l)  K.R., a minor ....................................................................$150,000.00

  (m)  E.A., a minor ...........................................................$150,000.00, and

  (n)  P.L., a minor ....................................................................$150,000.00

  (6)  Judgment against Defendant shall be paid in accordance with Okla. Stat. tit. 62, § 365.5, in three equal payments by April 30th of each year, beginning on April 30, 2020.  All payments on the Judgment shall be made to the holder of said Judgment, including any assignee thereof.  These amounts shall be deposited into certificate of deposit accounts at Republic Bank & Trust bearing interest at a rate of between 1.70% and 2.81 % dependent on the date of maturity to coincide with each minor Plaintiff's eighteenth birthday.

  (7)  Defendant shall make payment of part (a) of this Judgment to Plaintiffs' attorneys.

  (8)  Defendant shall make payment of part (b) of this Judgment to Republic Bank & Trust, 401 West Main St., Norman, Oklahoma 73069.

ENTERED this 14th day of May, 2019.

                   _____
                     SCOTT L. PALK
                     UNITED STATES DISTRICT JUDGE